IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACARDO JACKSON,

        Plaintiff,                    No. CIV S-07-2424 FCD GGH P

    vs.

SOLANO COUNTY SHERIFF, et al.,

        Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        By order filed November 19, 2007, the court granted plaintiff thirty days to file an amended complaint. In the November 19th order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the November 19, 2007, order, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
2 within the specified time may waive the right to appeal the District Court's order.
3 DATED: 02/01/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

jack2424.fta